NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 19-7138

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

CARLA DOE, *et al.*,
APPELLANTS,

v.

DISTRICT OF COLUMBIA,
APPELLEE.

ON APPEAL FROM A JUDGMENT OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**MOTION TO DISMISS APPEAL**

Pursuant to Circuit Rules 27 and 42, the Doe Appellants, with the consent of Appellee the District of Columbia, hereby submit their Motion to Dismiss Appeal. The parties have reached and signed a mediated settlement of this matter and the parties have implemented all steps provide in that settlement agreement prerequisite to the dismissal of this appeal.

As noted in Appellants' prior-fled motion for stay, Appellants found the Court's Mediation Program and the Circuit Mediator's professional efforts to have been very valuable and hereby express their appreciation to the Court and the Mediator.

1

Accordingly, Appellants hereby respectfully request, with the consent of Appellee, that the above captioned appeal be dismissed with prejudice as settled.

>Respectfully submitted,
>
>/s/ Mick G. Harrison
>Mick G. Harrison, Attorney at Law (#55038)
>520 S. Walnut Street, #1147
>Bloomington, IN 47402
>Tel. 812-361-6220
>Fax 812-233-3135
>mickharrisonesq@gmail.com
>Counsel for the Doe Appellants

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation in Federal Rule of Appellate Procedure 27(d)(1) because the motion contains only 272 words, including exempted parts. This motion complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 32(a)(5) and (6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2010 in Times New Roman 14 point.

>/s/ Mick G. Harrison
>MICK G. HARRISON